# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON, | Case No. 2:16-cv-01525-APG-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| CHAD BAKER, | |
| Defendant(s). | |

Pending before the Court is a motion for pretrial conference.  Docket No. 12.  Plaintiff has filed a second amended complaint, Docket No. 10, which the Court will screen pursuant to 28 U.S.C. § 1915 in the ordinary course.  At this time, the motion for pretrial conference is **DENIED** as premature.

IT IS SO ORDERED.

Dated: July 26, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE