# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON,<br><br>Plaintiff<br><br>v.<br><br>CHAD BAKER, et al,<br><br>Defendant | Case No.: 2:16-cv-01525-APG-NJK<br><br>**Order Extending Time to Serve Summonses**<br><br>ECF Nos. 30, 31 |

On September 10, 2019, I ordered plaintiff Christopher Ferguson to furnish to the United States Marshal the required form USM-285 by October 4, 2019. ECF No. 28. Ferguson now moves for an extension of that deadline because he is the sole care provider for his young children and he was unable to meet the deadline. ECF Nos. 30, 31.[1]

I ORDER that Ferguson's motions **(ECF Nos. 30, 31) are GRANTED**.

I FURTHER ORDER that:

- Ferguson shall have until **November 11, 2019** in which to furnish the United States Marshal with the required Form USM-285.[2] Within 20 days after receiving back from the United States Marshal a copy of the Form USM-285 showing whether service has been accomplished, Ferguson must file a notice with the court identifying whether the defendants were served. If Ferguson wishes to have service again attempted on an unserved defendant, he must file a motion with the court identifying

---

[1] One of Ferguson's filings is labeled an "Ex-parte communication." *See* ECF No. 31. No reason is given for why this was filed as an ex parte communication, and it does not satisfy Local Rule IA7-2. Ferguson is warned that he must comply with all applicable Local Rules of this District Court.

[2] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

the unserved defendants and specifying a more detailed name and/or address for each such defendant, or whether some other manner of service should be attempted.

- Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

All other provisions of my prior order remain in effect.

DATED this 9th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE