# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON,<br>    Plaintiff(s),<br>v.<br>CHAD BAKER, et al.,<br>    Defendant(s). | Case No.: 2:16-cv-01525-APG-NJK<br><br>**Order**<br><br>[Docket No. 41] |

Pending before the Court is Plaintiff's motion for extension. Docket No. 41. Defendants must file a response by noon on December 19, 2019. No reply will be allowed.

IT IS SO ORDERED.

Dated: December 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1