# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON,<br><br>            Plaintiff(s),<br><br>v.<br><br>CHAD BAKER, et al.,<br><br>            Defendant(s). | Case No.: 2:16-cv-01525-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 77) |

Pending before the Court is Plaintiff's request for judicial notice in support of Docket Nos. 69 and 75 and concerning Docket Nos. 69, 73, and 74.  Docket No. 77.  Plaintiff appears to request that the Court take judicial notice of the U.S. and Nevada Constitutions and several Nevada Revised Statutes.  *See id.* at 1–9.

The Court, however, construes Plaintiff's request to instead be that the Court consider the various laws he cites.  The Court, on its own accord, considers all applicable laws in rendering its decisions.  Accordingly, the Court **DENIES** Plaintiff's request as unnecessary.  Docket No. 77.

IT IS SO ORDERED.

Dated: June 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1