# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER EDWARD FERGUSON,

    Plaintiff

v.

CHAD BAKER, et al.,

    Defendants

Case No.: 2:16-cv-01525-APG-NJK

**Order Directing Defendant LVMPD to Manually File Exhibits**

Defendant Las Vegas Metropolitan Police Department (Metro) filed a notice that it manually filed video exhibits with the court. ECF No. 134.  But no actual exhibits were delivered to the court.

I THEREFORE ORDER that if Metro wants me to consider the video exhibits to its motion for summary judgment (ECF No. 92), then it must physically file the video exhibits with the court no later 2:00 p.m. on Tuesday, March 23, 2021.

DATED this 22nd day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE