UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON,<br><br>　　Plaintiff<br><br>v.<br><br>CHAD BAKER, et al.,<br><br>　　Defendants | Case No.: 2:16-cv-01525-APG-NJK<br><br>**Order** |

　　The only remaining claims in this case are plaintiff Christopher Ferguson's claims against defendant Fast Tow, Inc. More than 30 days have passed since the Ninth Circuit denied Ferguson's petition for writ of mandamus. ECF No. 169. Consequently, I order Ferguson to indicate how he intends to proceed as to his remaining claims.

　　I THEREFORE ORDER that, **by March 18, 2022**, plaintiff Christopher Ferguson shall file one of the following: a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1), a proposed pretrial order under Local Rules 16-3(b) and 16-4, a motion for entry of clerk's default under Federal Rule of Civil Procedure 55(a), or a proposed alternate plan for resolution of his remaining claims against Fast Tow, Inc. Failure to respond to this order will result in dismissal of the remaining claims.

　　DATED this 28th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE