UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER EDWARD FERGUSON,<br><br>  Plaintiff<br><br>v.<br><br>CHAD BAKER, et al.,<br><br>  Defendants | Case No.: 2:16-cv-01525-APG-NJK<br><br>**Order** |

The only remaining claims in this case are plaintiff Christopher Ferguson's claims against defendant Fast Tow, Inc. More than 30 days passed from the date the Ninth Circuit denied Ferguson's petition for writ of mandamus. ECF No. 169. Consequently, I ordered Ferguson to indicate how he intends to proceed as to his remaining claims. ECF No. 170. I advised Ferguson that failure to response to my order by March 18, 2022 would result in dismissal of the remaining claims. *Id.* Ferguson did not respond.

I THEREFORE ORDER that plaintiff Christopher Ferguson claims against Fast Tow, Inc. are DISMISSED. The clerk of court is instructed to close this case.

DATED this 28th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE